STATE OF NEW JERSEY v. GLORIA KIRCHOFF.

May 30, 1979. Petition for certification denied. (See 167 *N.J.Super.* 394)

STATE OF NEW JERSEY v. ROBERT J. FERRARI.

May 30, 1979. Petition for certification denied.

DOROTHY MORREALE v. CIVIL SERVICE COMMISSION, STATE OF NEW JERSEY.

May 30, 1979. Petition for certification denied. (See 166 *N.J.Super.* 536)

ANNIE LEE BARBER v. JOHNS–MANVILLE PRODUCTS CORPORATION.

May 30, 1979. Petition for certification denied.

JOHN YURKOVIC v. NATIONAL GYPSUM.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CIRO MICHAEL CARUSO.

May 30, 1979. Petition for certification denied.